United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS J. TRAMMELL, JOANN E.                    No. C 06-05760 WHA
TRAMMELL

      Plaintiffs,

  v.                                             **ORDER OF REFERRAL**

MERCK & COMPANY, INC., a corporation;
and DOES 1 through 50, inclusive,

      Defendants.
_____/

     This action appears to be one of several cases currently pending in the Northern District

of California involving the pharmaceutical Vioxx. Pursuant to Civil Local Rule 3-12(c), the

Court refers this matter to Judge Marilyn Hall Patel for the purpose of determining whether it is

related to *Schwartz v. Merck & Co., Inc.*, Case No. 06-4180 MHP.

     **IT IS SO ORDERED.**

Dated: September 26, 2006

                                  _____
                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE