IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. TRAMMELL, JOANN E. TRAMMELL<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. _____/ | No. C 06-05760 WHA<br><br>**ORDER OF REFERRAL** |

This action appears to be one of several cases currently pending in the Northern District of California involving the pharmaceutical Vioxx. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Marilyn Hall Patel for the purpose of determining whether it is related to *Schwartz v. Merck & Co., Inc.*, Case No. 06-4180 MHP.

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE